NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE:  Docket Number 2021-CA-0914

Troy Rogers

- - Versus - -

Department of Public Safety and Corrections, Elayn Hunt
Correctional Center

State Civil Service Commission
Case #: 18291
State Civil Service Commission Parish

On Application for Rehearing filed on  03/18/2022 by Troy Rogers

Rehearing _____denied_____

_____
Vanessa Guidry Whipple

_____
Allison H. Penzato

_____
Chris Hester

Date __APR 1 2 2022__

_____
Rodd Naquin, Clerk